UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VIOLA JONES,<br><br>                     Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No. 3:14-cv-05951-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

      DATED this 11th day of December, 2014.

                                                        Karen L. Strombom
                                                        United States Magistrate Judge

ORDER - 1